**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 3, 2005

# NOTICE OF REASSIGNMENT

Re:  Sanquirnetta McCray-Martin v. Eli Lilly and Company, et al.
     Civil Action No. 2:05cv1048-C

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:05cv1048-T. This new case number should be used on all future correspondence and pleadings in this action.