RECEIVED
2005 OCT 31 P 2: 40
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANQUIRNETTA MCCRAY-MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELI LILLY AND COMPANY; and ) <br> YOLANDA BROWN, Sales ) <br> Representative, and FICTITIOUS ) <br> DEFENDANTS A, B, C, D, E, and F, ) <br> being those persons, sales representatives, ) <br> firms or corporations, whose fraud, ) <br> scheme to defraud, negligence, and/or ) <br> other wrongful conduct caused or ) <br> contributed to the Plaintiff's injuries and ) <br> damages, and whose true names and ) <br> identities are presently unknown to the ) <br> Plaintiff but will be substituted by ) <br> amendment when ascertained, ) <br> ) <br> Defendants. ) | CASE NO.: 2:05CV1048-T |

## DEFENDANT ELI LILLY AND COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Eli Lilly and Company, pursuant to Rule 7.1, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

_____
James C. Barton, Jr.
Bar Number: ASB-0237-B51J
Email: jbartonjr@jbpp.com

Alan D. Mathis
Bar Number: ASB-8922-A59M
Email: adm@jbpp.com

>Johnston Barton Proctor & Powell LLP
>2900 AmSouth/Harbert Plaza
>1901 Sixth Avenue North
>Birmingham, Alabama 35203
>
>Attorneys for defendant
>Eli Lilly and Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was served by first class mail, postage prepaid, on this 31st day of October, 2005 upon the following:

>E. Frank Woodson
>Beasley, Allen, Crow, Methvin,
>Portis & Miles, P.C.
>P.O. Box 4160
>Montgomery, Alabama 36104
>(334)269-2343

_____
Of Counsel

W0530790.DOC