IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SANQUIRNETTA McCRAY-MARTIN, )
                            )
    Plaintiff,              )
                            )
                            )    CIVIL ACTION NO.
    v.                      )     2:05cv1048-T
                            )
ELI LILLY AND COMPANY and   )
YOLANDA BROWN, Sales        )
Representative,             )
                            )
    Defendants.             )
```

### ORDER

It is ORDERED that the motion to remand (Doc. No. 2) and the motion to stay (Doc. No. 1) are set for submission, without oral argument, on November 18, 2005, with all briefs due by said date.

DONE, this the 8th day of November, 2005.

                           /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**