IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SANQUIRNETTA MCCRAY-MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY; and )<br>YOLANDA BROWN, Sales )<br>Representative, and FICTITIOUS )<br>DEFENDANTS A, B, C, D, E, and F, )<br>being those persons, sales representatives, )<br>firms or corporations, whose fraud, )<br>scheme to defraud, negligence, and/or )<br>other wrongful conduct caused or )<br>contributed to the Plaintiff's injuries and )<br>damages, and whose true names and )<br>identities are presently unknown to the )<br>Plaintiff but will be substituted by )<br>amendment when ascertained, )<br>)<br>Defendants. ) | CASE NO.: _____<br><br><br>DECLARATION OF YOLANDA<br>MCCAIN |

### DECLARATION OF YOLANDA MCCAIN

Yolanda McCain, under penalty of perjury, states as follows:

1.  I have been previously known as "Yolanda Brown."

2.  I am employed as a sales representative for Eli Lilly and Company ("Lilly"). The facts set forth herein are based upon my personal knowledge.

3.  I am informed by Lilly that I was named as a defendant in this case. Plaintiff has not attempted service upon me as of the date of this declaration. I have consented to the removal of this case to federal court.

4.  My knowledge of Zyprexa® was derived exclusively from training materials and education provided to me by Lilly. Lilly provided FDA-approved package inserts and other information regarding the medicines I detailed, including Zyprexa®. I had no involvement in the manufacture or development of Zyprexa®, or the preparation of package inserts, and had no control over content or other written warnings.

-2-

       5.     As a sales representative, I was not expected to conduct any independent research regarding the medicines that I detailed and I never conducted any such research. I was not expected to, and did not, review any independent scientific studies published in journals unless they were specifically provided to me by Lilly.

       6.     My responsibilities as a sale representative are to provide approved information to physicians about certain prescription medicines sold by Lilly. All my work relating to Zyprexa® was within the scope of my employment by Lilly.

       I declare under penalty of perjury under the laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: October 28, 2005                                     /s/ Yolanda McCain
                                                         Yolanda McCain