# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**FILED SEP 29 2005 BROOKLYN OFFICE**

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge John F. Keenan<br>United States District Court<br>Southern District of New York<br><br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | **DIRECT REPLY TO:**<br>Michael J. Beck<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:   [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

September 26, 2005

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

   *Sherry Mitchell, etc. v. Eli Lilly & Co.,* N.D. Georgia, C.A. No. 1:05-2051
   *Pamela Brotherton, et al. v. Eli Lilly & Co.,* W.D. Missouri, C.A. No. 2:05-4182
   *Martha Williams v. Eli Lilly & Co.,* W.D. Tennessee, C.A. No. 2:05-2535

Dear Mr. Heinemann:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 8, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:   Judge Jack B. Weinstein
    Transferor Judges:  Judge Nanette K. Laughrey, Judge Jon P. McCalla, Judge Charles A. Pannell, Jr.
    Transferor Clerks:  Luther D. Thomas, Patricia L. Brune, Thomas M. Gould

JPML Form 36

A CERTIFIED TRUE COPY

SEP 26 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1596

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

*Sherry Mitchell, etc. v. Eli Lilly & Co.,* N.D. Georgia, C.A. No. 1:05-2051
*Pamela Brotherton, et al. v. Eli Lilly & Co.,* W.D. Missouri, C.A. No. 2:05-4182
*Martha Williams v. Eli Lilly & Co.,* W.D. Tennessee, C.A. No. 2:05-2535

## CONDITIONAL TRANSFER ORDER (CTO-29)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 185 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 26 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# INVOLVED COUNSEL LIST (CTO-29)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

James R. Bartimus
Bartimus, Frickleton, Robertson & Obetz, P.C.
1100 Main Street
Suite 2630
Kansas City, MO 64106

Anthony L. DeWitt
Bartimus, Frickleton, Robertson & Obetz
715 Swifts Highway
Jefferson City., MO 65109

Paul Carlton Garrison
Hollis & Wright, PC
Financial Center
505 North 20th Street
Suite 1750
Birmingham, AL 35203

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

John Francis Kuckelman
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108-2613

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

W. Roger Smith, III
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
234 Commerce Street
P.O. Box 4160
Montgomery, AL 36104

Jill M. Steinberg
Baker, Donelson, Bearman, Caldwell & Berkowtiz
First Tennessee Bank Building
165 Madison Avenue
Suite 2000
Memphis, TN 38103