# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

August 8, 2005

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule CTO-27)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 21, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By / Mecca Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Jack B. Weinstein
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

A CERTIFIED TRUE COPY

AUG - 8 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 21 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1596

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-27)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 156 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

# SCHEDULE CTO-27 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA MIDDLE<br>ALM 2 05-607 | Dandall McTier, Jr. v. Eli Lilly & Co., et al. |
| FLORIDA MIDDLE<br>FLM 2 05-281 | John C. Deaver v. Eli Lilly & Co. |
| NEW YORK NORTHERN<br>NYN 1 05-745 | Ronald Korus v. Eli Lilly & Co. |
| OHIO NORTHERN<br>OHN 1 05-1688 | Ronald Vosniak v. Eli Lilly & Co. |
| PENNSYLVANIA EASTERN<br>PAE 2 05-2588 | Robert L. Grant, etc. v. Eli Lilly & Co. |

# INVOLVED COUNSEL LIST (CTO-27)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Andrew Agati
Squire, Sanders & Dempsey
4900 Key Tower
127 Public Square
Cleveland, OH 44114

Andrew C. Allen
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

James C. Barton, Sr.
Johnston, Barton, Proctor & Powell
AmSouth Harbert Plaza
Suite 2900
1901 6th Avenue North
Birmingham, AL 35203-2618

Donald W. Boyajian
Dreyer, Boyajian Law Firm
75 Columbia Street
Albany, NY 12210

Darrell F. Carpenter
Dalton & Carpenter, P.A.
720 Rugby Street, Suite 200
P.O. Box 540116
Orlando, FL 32854-0116

Richard W. Dunson
Dunson & Dunson
Rocky River Professional Arts Building
21851 Center Ridge Road
Suite 410
Rocky River, OH 44116

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Patrick J. Mulligan
Law Office of Patrick J. Mulligan
2911 Turtle Creek Boulevard
Suite 900
Dallas, TX 75219

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

L. Landis Sexton
Hamilton, Sexton & Berry
8244 Old Federal Drive
P.O. Box 240609
Montgomery, AL 36124-0609

# INVOLVED JUDGES LIST (CTO-27)
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. Delores R. Boyd
United States Magistrate Judge
United States District Court
P.O. Box 430
Montgomery, AL 36101-0430

Hon. Virginia Maria Hernandez Covington
United States District Judge
3-160 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Hon. Legrome D. Davis
United States District Judge
2609 James A. Bryne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. John M. Manos
Senior U.S. District Judge
16B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113-1841

Hon. Norman A. Mordue
United States District Judge
P.O. Box 7336
Syracuse, NY 13261

# INVOLVED CLERKS LIST (CTO-27)
# DOCKET NO. 1596
# IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Debra P. Hackett, Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Lawrence K. Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Michael E. Kunz, Clerk
2609 James A. Byrne
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Sheryl L. Loesch, Clerk
2-194 United States Courthouse
& Federal Building
2110 First Street
Fort Myers, FL 33901