**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

★ JAN 1 1 2005 ★

BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION

ORDER
04 MD 1596 (JBW)

------------------------------------------------X

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

        s/Jack B. Weinstein
        JACK B. WEINSTEIN
        SR. UNITED STATES DISTRICT JUDGE

DATED:1/5/05

