IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SANQUIRNETTA McCRAY-MARTIN, )<br>                                                         )<br>   Plaintiff,                )<br>                                                         )<br>   v.                          )<br>                                                         )<br>ELI LILLY AND COMPANY and  )<br>YOLANDA BROWN, Sales       )<br>Representative,           )<br>                                                         )<br>   Defendants.              ) | CIVIL ACTION NO.<br>2:05cv1048-T |

**ORDER**

It is ORDERED that the motion to stay (Doc. No. 1) is granted and that this cause is stayed pending MDL transfer.

DONE, this the 22nd day of November, 2005.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**