IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SANQUIRNETTA McCRAY-MARTIN, )<br>  )<br>   Plaintiff,          )<br>  )<br>   v.                      )<br>  )<br>ELI LILLY AND COMPANY and )<br>YOLANDA BROWN, Sales     )<br>Representative,          )<br>  )<br>   Defendants.        )  | CIVIL ACTION NO.<br>2:05cv1048-MHT |

**ORDER**

It is ORDERED that the motion to reconsider (Doc. No. 14) is set for submission, without oral argument, on March 20, 2006, with all briefs due by said date.

DONE, this the 16th day of March, 2006.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**