**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X  ★ JAN 1 1 2005 ★

BROOKLYN OFFICE

IN RE- ZYPREXA LITIGATION                    ORDER
                                             04 MD 1596 (JBW)

----------------------------------------------X

It is expected that all discovery to date will be shared by past and incoming parties

without the need for duplication.

s/Jack B. Weinstein
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED:1/5/05

