IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SANQUIRNETTA McCRAY-MARTIN, )<br>                                                  )<br>    Plaintiff,              )<br>                                                  )<br>    v.                          )<br>                                                  )<br>ELI LILLY AND COMPANY and   )<br>YOLANDA BROWN, Sales         )<br>Representative,               )<br>                                                  )<br>    Defendants.             ) | CIVIL ACTION NO.<br>2:05cv1048-MHT |

ORDER

It is ORDERED that the motion to strike (Doc. No. 18) is denied.

DONE, this the 22nd day of March, 2006.

                                                                  /s/ Myron H. Thompson
                                                      UNITED STATES DISTRICT JUDGE