IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SANQUIRNETTA McCRAY-MARTIN,  )
                             )
    Plaintiff,               )
                             )
                             )    CIVIL ACTION NO.
    v.                       )    2:05cv1048-MHT
                             )
ELI LILLY AND COMPANY and    )
YOLANDA BROWN, Sales         )
Representative,              )
                             )
    Defendants.              )
```

### ORDER

It is ORDERED that the motion to reconsider (Doc. No. 14) is denied.

DONE, this the 24th day of March, 2006.

                              /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE