**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert C. Heineman
Clerk of Court
USDC
Eastern Dist of NY
US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): 05CV1048
C. Date of Delivery: 6/8/__

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

MDL TRANSFER CASE

3. Service Type
☑ Certified Mail  ☑ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0000 5269 0765

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540